# LITE DEPALMA
# GREENBERG &
# AFANADOR

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

**SO ORDERED**
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: 10/6/2022

October 5, 2022

*The deadline for Defendants to respond to the complaint is stayed pending further order of the court.*

**Via ECF**

Hon. James B. Clark, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07102

    Re:    *LiveUniverse, Inc. v. Muijrers, et. al*
             Civil Action No. 2:22-cv-04918

Dear Judge Clark:

    This firm represents Defendants Techie Hosting, Inc., and Wayne Anastasia ("Techie Defendants") in the above-captioned matter. We write concerning the current due date for Techie's answer to the Complaint.

    On September 19, 2022, Techie Defendants sought a stay of the deadline to file a response to Plaintiff's Complaint pending disposition of Plaintiff's Motion to Consolidate in *Palisades Capital, Inc. v. Muijrers, et. al.*, Civil Action No. 21-20054 (ES)(JBC), (ECF No. 36). (ECF No. 12.) Your Honor entered a Letter Order dated September 21, 2022, staying the deadline "pending disposition of the pending motions in Civil Action No. 21-20054." (ECF No. 15.)

    Techie Defendants now seek clarification of Your Honor's Letter Order. Given that Plaintiff's Motion to Consolidate in *Palisades Capital, Inc. v. Muijrers, et. al.*, Civil Action No. 21-20054 (ES)(JBC), (ECF No. 36), was terminated by Letter Order on October 4, 2022, Civil Action No. 21-20054 (ES)(JBC), (ECF No. 10), Techie Defendants want to confirm whether they are now obligated to respond to the Complaint or whether the stay is in place until the pending Motion to Vacate Entry of Default, Civil Action No. 21-20054 (ES)(JBC), (ECF No. 29), and Motion for Default Judgment, Civil Action No. 21-20054 (ES)(JBC), (ECF No. 39), are disposed as well.

    If Your Honor has any questions or concerns, please contact us.

                                  Respectfully submitted,

                                  */s/ Victor A. Afanador*

                                  Victor A. Afanador

VAA:cd
cc:    All Counsel of Record (via ECF)

931272.1