OAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** NEW JERSEY

LiveUniverse, Inc.

Plaintiff (s),

v.

Rene Muijrers, Iconv Sprl, Techie Hosting, Inc, Viralhog, LLC, Christopher Vandevyver, Ivan Russo, Kmmt, Llc, Theodora Hatzikostas, Brent Maggio, Ryan Bartholomew, and Wayne Anastasias

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:22-cv-04918

Notice is hereby given that, subject to approval by the court, __LiveUniverse, Inc.__ substitutes
(Party (s) Name)

__Howard Gutman__, State Bar No. 014971982 as counsel of record in
(Name of New Attorney)

place of __Leslie Farber__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Howard A. Gutman, Esq

Address: 230 Route 206, Suite 307, Flanders, New Jersey 07836

Telephone: 973-598-1980    Facsimile

E-Mail (Optional):

I consent to the above substitution.

Date: 10/04/2022

Attorney for
LiveUniverse, Inc.

*Maria Isabel S. Guerrero*
(Signature of Party (s))

I consent to being substituted.

Date:

I consent to the above substitution.

Date: 10/4/2022

*Howard Gutman*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print    Save As...    Export as FDF    Retrieve FDF File    Reset

AO 154 (10/03) Substitution of Attorney

Leslie A. Farber

_____
(Signature of Former Attorney (s))


_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                                Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

| Print | Save As... | Export as FDF | Retrieve FDF File | Reset |