## LAW OFFICES OF HOWARD A. GUTMAN
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980 Cell (973) 479-3185

October 13, 2022

The Hon. James B Clark, III
Magistrate Judge, United States District Court
Newark, New Jersey 07102
Via efiling

Re:  Live Universe, Inc. v Rene Muijres, et. al., Civil Action No. 2:22-04918
     ES-JBC

Dear Judge Clark:

I represent plaintiff and write respectfully to request a two week adjournment of the defendant's motion to dismiss.  I am new counsel and entered my appearance less than 2 weeks ago and am trying to get familiar with the matter.  Plaintiff is a new client for our office.  The defendants' motion is extensive, involving multiple parties and seeks relief on multiple grounds in its over 300 pages.

A request for an automatic extension was made by prior counsel and granted.  I contacted defendants' counsel today requesting their consent to our request but have not yet received a response and therefore respectfully request this adjournment.

                                              Respectfully yours,

                                              *Howard Gutman*

                                              Howard A. Gutman

cc:  James Rehberger, Esq.
     Catherine B. Derenze, Esq.

[1]