IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIVEUNIVERSE, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>RENE MUIJRERS, ICONV SPRL, TECHIE HOSTING, INC., VIRALHOG, LLC, CHRISTOPHER VANDEVYVER, IVAN RUSSO, KMMT, LLC, THEODORA HATZIKOSTAS, BRENT MAGGIO, RYAN BARTHOLOMEW, and WAYNE ANASTASIAS,<br><br>        Defendants. | Case No: 2:22-cv-04918-ES-JBC<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel, Martin Rogers, to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court. Receipt Number **TRE128902** entered October 5, 2022.

                                        **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                        *Attorneys for ViralHog, LLC, KMMT, LLC, Brent Maggio, and Ryan Bartholomew*

                                        *s/ James S. Rehberger*
                                        James S. Rehberger, Esq.

Dated: October 24, 2022
4879-3475-7947.1

PRO HAC VICE ATTORNEY INFORMATION:

| | |
|---|---|
| Name: | Martin Rogers, Esq. |
| Address: | Worden Thane P.C. |
| | 321 W. Broadway St. Ste. 300 |
| | Missoula, MT 59802 |
| Email: | mrogers@wordenthane.com |

4879-3475-7947.1