# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

November 2, 2022

### LETTER ORDER

**Re:**   **LifeUniverse, Inc. v. Muijrers, et al.**
**Civil Action No. 22-4918 (ES)**

Dear Counsel:

The pending motion by Leslie Ann Farber, Esq. of Leslie A. Farber, LLC to withdraw as counsel

for Plaintiff in this matter [Dkt. No. 16] is hereby **TERMINATED** as moot in light of the substitution

of counsel for Plaintiff filed on October 7, 2022 [Dkt. No. 23].

**IT IS SO ORDERED.**

　　　s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**