**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT STREET, ROOM 2060<br>NEWARK, NJ 07102 |

November 3, 2022

## LETTER ORDER

Re:   **LifeUniverse, Inc. v. Muijrers, et al.**
      **Civil Action No. 22-4918 (ES)**

Dear Counsel:

The Court orders as follows:

1) The deadline for the defendants, served or unserved, to answer or otherwise respond to the Complaint is stayed pending disposition of the plaintiff's forthcoming motion to amend in Civil Action. No. 21-20054 (ES)(JBC) *Palisades Capital, Inc. v. Muijrers, et al.*

2) The pending motion to dismiss [Dkt. No. 7] is hereby **ADMINISTRATIVELY TERMINATED**. The defendants may request the reinstatement of their motion to dismiss via letter to the Court upon disposition of the aforementioned motion to amend.

.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**