**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

January 23, 2023

## LETTER ORDER

Re:   **LifeUniverse, Inc. v. Muijrers, et al.**
      **Civil Action No. 22-4918 (ES)**

Dear Counsel:

The Court orders as follows:

1) The deadline for the defendants, served or unserved, to answer or otherwise respond to the Complaint is stayed pending disposition of the defendants' forthcoming motions to dismiss in Civil Action. No. 21-20054 (ES)(JBC) *Palisades Capital, Inc. v. Muijrers, et al.*

2) The initial conference scheduled in this matter for **January 25, 2023 at 11:30 AM** is adjourned.

**IT IS SO ORDERED.**

                                                                        s/ James B. Clark, III
                                                                        **JAMES B. CLARK, III**
                                                                         **United States Magistrate Judge**