# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

February 14, 2023

**<u>LETTER ORDER</u>**

**Re:**   **<u>LifeUniverse, Inc. v. Muijrers, et al.</u>**
        **Civil Action No. 22-4918 (ES)**

Dear Counsel:

By no later than **<u>February 21, 2023</u>**, the parties are to submit a joint letter advising the Court of the status of this matter in light of the stipulation of dismissal filed in Civil Action. No. 21-20054 (ES)(JBC) *Palisades Capital, Inc. v. Muijrers, et al.*

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**