**LAW OFFICES OF HOWARD A. GUTMAN**
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980 Cell (973) 479-5515

March 27, 2022

Hon. James B. Clark III
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St
Newark, New Jersey 07102

Re: Live Universe Inc. v. Muijres, et. al.
    Case No. 2:22-04918

Dear Judge Clark:

I represent plaintiff and write respectfully to confirm that plaintiff has not filed a motion to amend the complaint.  In its prior order, the Court already provided for a schedule for defendants to respond to the original complaint.

                                  Respectfully yours,

                                  *Howard Gutman*

                                  Howard A. Gutman

cc: all counsel, Maria Guerrero, Esq.