**LAW OFFICES OF HOWARD A. GUTMAN**
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980 Cell (973) 479-3185

May 7, 2023

Clerk, United States District Court
Martin Luther King U.S. Court House Building
50 Walnut Street
Newark, New Jersey 07102
Via efiling

Re: Live Universe, Inc. v Rene Muijres, et. al., Civil Action No. 2:22-04918 ES-JBC

Dear Sir or Madam:

I represent plaintiff and write respectfully to request a two week adjournment of the motions to dismiss filed by defendants. The current return date is June 5, 2023 and we respectfully request that pursuant to Local Rule 7.1, the new return date be June 19, 2023. No prior requests have been made regarding this motion.

                                          Respectfully yours,

                                          *Howard Gutman*

                                          Howard A. Gutman

cc: all counsel of record via efiling

[1]