*ORDER*

## LAW OFFICES OF HOWARD A. GUTMAN
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980 Cell (973) 479-5515

May 22, 2023

The Hon. James B. Clark, III
Magistrate Judge
United States District Court
District of New Jersey
Newark, New Jersey 07102

Re: Live Universe Inc. v. Muijres, et. al.
    Civil Action No. 2:22-04918

Dear Judge Clark:

I am currently local counsel for plaintiff and write respectfully to request a 30 day extension to respond to the motions to dismiss and for permission to file a motion to withdraw. One prior request for extension was made under Local Rule 7.1.

My office was engaged to act as local counsel. Initially another attorney Maria Guerrero was to act as overall counsel and we discussed filing of a pro hac vice motion since she is licensed in New York. During the matter, there were discussions about substitution and eliminating dual counsel, and another attorney contacted. I was informed submission was delayed because of issues associated with that counsel's wife's pregnancy. I have contacted my client, made him aware of impending deadlines, but substitution has not been completed. My client indicates that substitution should be occurring shortly but that does not resolve the issue of impending deadlines for motion response.

I would respectfully ask for permission to file a motion to withdraw or have the issue addressed at a telephone conference if the Court will permit. There is substantial work associated with the response to multiple motions which I believe comprise over 500 pages. My office did not prepare or review the complaint prior to filing nor have we researched the many legal and factual issues in any depth, at my client's request.

[1]

I have simply a basic understanding of the issues consistent with a role of local counsel in arranging submission of papers prepared by other counsel, which I was told would be my role. In multiple communications both written and oral, I have repeatedly confirmed that we were not engaged to prepare and file opposition to the various motions. There have been substantial disagreements in approach with my client which independently is a reason for my withdrawal. On multiple occasions, my client has disagreed with my advice or suggestions and efforts at resolving these differences have been unsuccessful.

I would respectfully ask that the Court allow me to file a motion to withdraw within 7 days or schedule a conference and provide an extension to respond while the issue of counsel is addressed.

Respectfully yours,

*Howard Gutman*

Howard A. Gutman

cc: all counsel; Maria Guerrero, Esq.

* Plaintiff's counsel shall file a motion to withdraw by May 30, 2023.

* Plaintiff shall file its responses to the pending motions to dismiss by July 6, 2023. There will be **NO FURTHER EXTENSIONS**. If plaintiff does not file its responses to the pending motions to dismiss by July 6, 2023, the motions will be considered unopposed.

**SO ORDERED**
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 5/23/2023

[2]