Law Office of Howard A. Gutman
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980
Attorney for Plaintiff
HowardGutman@aol.com
Attorney Id 014971982

_____

LIVEUNIVERSE, INC.,                              United States District Court
                                                 District of New Jersey
                                                 Civil Action No. 2:22-04918  ES-JBC

      *Plaintiff,*

      vs.

                                                 **Notice of Motion to Withdraw**

RENE MUIJRERS, ICONV SPRL,
TECHIE HOSTING, INC, VIRALHOG,
LLC, CHRISTOPHER VANDEVYVER,
IVAN RUSSO, KMMT, LLC,
THEODORA HATZIKOSTAS, BRENT
MAGGIO, RYAN BARTHOLOMEW,
and WAYNE ANASTASIAS,

      *Defendant's.*
_____/

To: All counsel of record, Live Universe, Inc.

Please Take Notice that on June 26, 2023, at the United States District Court, District of New
Jersey, Courthouse, Newark, New Jersey  counsel for plaintiff will move to withdraw from
representation in this matter.  In support of the motion, counsel will rely upon the annexed
certification and brief.

*Certification of Service*

I am the attorney for plaintiff.  Counsel for the various defendants are listed on the court record
and service will be made upon them via electronic filing along with my client.

Dated: May 30, 2023

*Howard Gutman*

_____

Howard Gutman