Law Office of Howard A. Gutman
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980
Attorney for Plaintiff
HowardGutman@aol.com
Attorney Id 014971982

_____

| | |
|---|---|
| LIVEUNIVERSE, INC., | United States District Court |
| Plaintiff | District of New Jersey<br>Civil Action No. 2:22-04918  ES-JBC |
| vs. | |
| RENE MUIJRERS, ICONV SPRL, TECHIE HOSTING, INC, VIRALHOG, LLC, CHRISTOPHER VANDEVYVER, IVAN RUSSO, KMMT, LLC, THEODORA HATZIKOSTAS, BRENT MAGGIO, RYAN BARTHOLOMEW, and WAYNE ANASTASIAS, | Certification to Motion to Withdraw |
| Defendants | |

I, Howard Gutman, do hereby certify:

1. I am currently listed as the attorney for plaintiff Live Universe, Inc.  I was originally contacted to serve as local counsel.  I understood another lawyer named Maria Guerrero would be primary counsel

2. My client would be Live Universe .

3. Unfortunately, there have been significant challenges and differences of opinion.  My client has recently voiced dissatisfaction over my handling and communications I've sent.

4. There was to be a primary counsel which would not be me.
A question arose over Ms. Guerroro's role, and there seemed to a consensus that having multiple lawyers, a primary and local counsel,  was unnecessary, and a single attorney should be retained. I requested that arrangements be promptly made for retention of that counsel and communicated

that in multiple emails, but retention has been delayed.  My understanding is that the prospective counsel's wife was having a baby.  Additionally my client explained that he had another major matter in the 2nd Circuit that was occupying time.  I can appreciate the challenge of handling multiple matters but ultimately my role is to make sure appropriate papers are filed and deadlines addressed in this matter.

5. I would request that I be permitted to withdraw.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment


Dated: May 30, 2023                                        *Howard Gutman*

                                                                          _____
                                                                          Howard Gutman