Law Office of Howard A. Gutman
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980
Attorney for Plaintiff
HowardGutman@aol.com

_____

| | |
|---|---|
| LIVEUNIVERSE, INC., | United States District Court<br>District of New Jersey<br>Civil Action No. 2:22-04918  ES-JBC |
| *Plaintiff,* | |
| vs. | **Brief to Motion to Withdraw**<br><br>**(Return date June 26, 2023)** |
| RENE MUIJRERS, ICONV SPRL, TECHIE HOSTING, INC, VIRALHOG, LLC, CHRISTOPHER VANDEVYVER, IVAN RUSSO, KMMT, LLC, THEODORA HATZIKOSTAS, BRENT MAGGIO, RYAN BARTHOLOMEW, and WAYNE ANASTASIAS, | |
| *Defendant's.*<br>_____/ | |

[1]

**Table of Cases**

Magargal v. New Jersey, Civil Action No. 07-3531 (JAP), at *4 D.N.J. Nov. 14, 2011)
In re Wiener, No. 18-13042 (JLG), at *13 (Bankr. S.D.N.Y. June 21, 2019)
Whiting v. Lacara, 187 F.3d 317 (2d Cir. 1999)

**Table of Contents**

Table of Cases        2

Argument              3-4

**Argument**

We believe the moving certification adequately sets forth reasons for withdrawal. This matter is at its onset.  No trial date will be disrupted. See Magargal v. New Jersey, Civil Action No. 07-3531 at *4 (D.N.J. Nov. 14, 2011) ("this case is still in its relative infancy.  No discovery has been taken or settlement conference done.  Withdrawing attorney has no special skills pertaining to this matter and can be replaced.  Thus, allowing withdrawal will not cause harm to the administration of justice and will not significantly delay the resolution of this matter.")  In re Wiener, No. 18-13042, at *13 (Bankr. S.D.N.Y. June 21, 2019)(the Court's calendar will not be substantially affected by the Firm's exit).  Indeed, it is better that new counsel be secured now rather than a time of discovery and deposition scheduling assuming the motions are not granted.

Indeed, the client has already indicated he would be securing new counsel.  See Certification of Counsel. A lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client.  Magargal v. New Jersey, Civil Action No. 07-3531 (JAP), at *3 (D.N.J. Nov. 14, 2011).

[3]

Disagreement between counsel and client over handling and decision-making has been deemed a sufficient reason for withdrawal. Whiting v. Lacara, 187 F.3d 317 (2d Cir. 1999); Magargal, supra.

Dated: May 30, 2023                *Howard Gutman*
                                   _____
                                   Howard Gutman