| | |
|---|---|
| LIVEUNIVERSE, INC., | United States District Court<br>District of New Jersey<br>Civil Action No. 2:22-04918 ES-JBC |
| *Plaintiff,*<br>vs. | |
| | **Order to Withdraw** |
| RENE MUIJRERS, ICONV SPRL,<br>TECHIE HOSTING, INC, VIRALHOG,<br>LLC, CHRISTOPHER VANDEVYVER,<br>IVAN RUSSO, KMMT, LLC,<br>THEODORA HATZIKOSTAS, BRENT<br>MAGGIO, RYAN BARTHOLOMEW,<br>and WAYNE ANASTASIAS, | |
| *Defendant's.* | |

The Court having reviewed the moving papers and any opposition, It is on this 28th day of June Ordered.

1. Counsel Howard Gutman shall be permitted to withdraw from representation in this matter.

2. Plaintiff shall obtain new counsel within 30 days of the date of this order.

3. ~~The dates for response to the motions to withdraw are stayed pending notice to the Court of appointment of new counsel.~~ plaintiff shall file its responses to the pending motions to dismiss within thirty (30) days from the date of this order. There will be NO FURTHER EXTENSIONS.

4. Howard Gutman shall serve a copy of this order on plaintiff and shall file proof of such service with the court.

**SO ORDERED**
s/James B. Clark
James B. Clark, U.S.M.J.
Date: 6/28/2023