AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of New Jersey

| | |
|---|---|
| LiveUniverse, Inc.<br>Plaintiff(s),<br>V.<br>Rene Muljrers, et. al.<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:22-cv-04918 |

Notice is hereby given that, subject to approval by the court, _Viralhog, LLC, KMMT, LLC, Brent Meggio and Ryan Bartholomew_ substitutes
(Party (s) Name)

Matthew H. Sontz, Esq._____, State Bar No. 013082003 as counsel of record in
(Name of New Attorney)

place of  James S. Rehberger, Esq. (NJ Attorney ID#33701991)_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Office of Matthew H. Sontz, LLC
Address: 53 Cardinal Drive, 3rd Fl.
Telephone: (908) 389-1330        Facsimile (908) 543-1300
E-Mail (Optional): mhs@sontzlaw.com

I consent to the above substitution.
Date: 10/4/2023

_Brent Maggio_
Brent Maggio    Manager of ViralHog, LLC
(Signature of Party (s))

I consent to being substituted.
Date: 10/3/2023

_James S. Rehberger, Esq. - Lewis Brisbois_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/3/23

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

LiveUniverse, Inc.

Plaintiff(s),

v.

Rene Muijrers, et. al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:22-cv-04918

Notice is hereby given that, subject to approval by the court, _Vinelleys, LLC, KMMT, LLC, Brent Maggio and Ryan Bartholomew_ substitutes
(Party (s) Name)

Matthew H. Sontz, Esq. _____ , State Bar No. 013082003 _____ as counsel of record in
(Name of New Attorney)

place of James S. Rehberger, Esq. (NJ Attorney ID#33701991) _____ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Law Office of Matthew H. Sontz, LLC
Address:        53 Cardinal Drive, 3rd Fl.
Telephone:      (908) 389-1330           Facsimile (908) 543-1300
E-Mail (Optional): mhs@sontzlaw.com

I consent to the above substitution.
Date:    10/4/2023

*Brent Maggio* — Manager of KMMT, LLC
(Signature of Party (s))

I consent to being substituted.
Date:    10/3/2023

*James S. Rehberger, Esq. - Lewis Brisbois*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date:    10/3/23

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

LiveUniverse, Inc.

Plaintiff(s),

v.

Rene Muijrers, et. al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:22-cv-04918

Notice is hereby given that, subject to approval by the court, _Viralhog, LLC, KMMT, LLC, Brent Maggio and Ryan Bartholomew_ substitutes

(Party (s) Name)

Matthew H. Sontz, Esq. _____, State Bar No. 013082003 _____ as counsel of record in

(Name of New Attorney)

place of _James S. Rehberger, Esq. (NJ Attorney ID#33701991)_

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Law Office of Matthew H. Sontz, LLC

Address:   53 Cardinal Drive, 3rd Fl.

Telephone:   (908) 389-1330   Facsimile (908) 543-1300

E-Mail (Optional):   mhs@sontzlaw.com

I consent to the above substitution.

Date:   10/4/2023

_/s/ Brent Maggio_
Brent Maggio

(Signature of Party (s))

I consent to being substituted.

Date:   10/3/2023

_/s/ James S. Rehberger, Esq. - Lewis Brisbois_

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   10/3/23

_/s/ Matthew H. Sontz_

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

LiveUniverse, Inc.
                Plaintiff (s),

V.

Rene Muijrers, et. al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:22-cv-04918

Notice is hereby given that, subject to approval by the court, _Viralhog, LLC, KMMT, LLC, Brent Meggto and Ryan Bartholomew_ substitutes
(Party (s) Name)

Matthew H. Sontz, Esq. _____, State Bar No. 013082003 ____ as counsel of record in
(Name of New Attorney)

place of James S. Rehberger, Esq. (NJ Attorney ID#33701991) _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        Law Office of Matthew H. Sontz, LLC
    Address:           53 Cardinal Drive, 3rd Fl.
    Telephone:       (908) 389-1330           Facsimile (908) 543-1300
    E-Mail (Optional):  mhs@sontzlaw.com

I consent to the above substitution.
Date:   10/4/2023
                                                                  Ryan Bartholomew
                                                                   (Signature of Party (s))

I consent to being substituted.
Date:   10/3/2023
                                                 JAMES S. REHBERGER, ESQ. - LEWIS BRISBOIS
                                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   10/3/23
                                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                               _____
                                                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

The consent orders granting substitution of attorney are made without waiver of, or prejudice to, the Montana Defendants' primary position that the Court lacks jurisdiction over the claims in the Complaint. Defendants KMMT, LLC, Brent Maggio, and Ryan Bartholomew, who have not been served, have joined and appeared solely and in a limited capacity to challenge this Court's jurisdiction over such parties and reserve all other rights in this matter, including, but not limited to, asserting further argument in the matter and responding to the Complaint, provided such parties are served with process. *Orange Theatre Corp. v. Rayherstz Amusement Corp.*, 139 F.2d 871, 874 (3d Cir. 1944) (a party may appear for the limited purpose of challenging the court's personal jurisdiction over it without consenting to that court's jurisdiction).