

DiMedio Consulting Services, LLC

KEVIN J. DIMEDIO, ESQ.

kevin@dimediolaw.com

35 Kings Highway E. Suite 212
P.O. Box 284
Haddonfield, NJ 08033

Main: 856.428.5577
Fax:   856.428.5969

October 24, 2023

**VIA ECF & Facsimile 973-645-3020**
Hon. James B. Clark, III
c/o Clerk, United States District Court for the District of New Jersey
50 Walnut St.
Newark, NJ 07102

>   RE:   Live Universe, Inc. V. Rene Muijres, et al.
>         Civil Action No. 2:22 – cv – 04918 – ES - JBC
>
>   **REQUEST FOR LEAVE TO FILE PLAINTIFF'S REPLY BRIEF
>   IN SUPPORT OF CROSS MOTION - LOCAL CIVIL RULE 7.1(h)**

Dear Judge Clark:

     As Your Honor may recall, the undersigned represents Plaintiff in the above referenced matter. In response to Your Honors "LETTER ORDER" dated yesterday and received via ECF this morning, please allow this to serve as Plaintiff's formal request for leave to refile the Reply Brief (previously efiled as Dkt. No. 69, but stricken by Your Honor's letter noted above pursuant to L. Civ. R. 7.1(h)). Or if said Reply is deemed a Sur Reply, as per L.Civ.R. 7.1(d)(6). Same will set forth the Plaintiff's responses to the several Defendants briefs and replies in this matter, where Plaintiff's Reply consists of a mere 18 pages of responses. *See* Natl. Utility Svc., Inc. v. Chesapeake Corp., 45 F. Supp. 2d 438, 445 (D.NJ. Apr. 14, 1999 - granting leave to file sur-reply because the interests of justice so required); and Portfolio Tech., Inc. v. Chureh & Dwight Co., 2006 WL 288082, No. Civ A. 04-6340(JAG) (D.N J. Feb. 6, 2006).

     Thanking your Honor in advance, I remain

                            Very truly yours,
                            **DiMEDIO LAW**

                     By: *Kevin J. DiMedio*
                          **KEVIN J. DIMEDIO, ESQ.**

KDM:scd
Encs. 0
cc      All Parties via ECF /PACER