AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   IconV SPRL

was received by me on *(date)*   8/30/2022   .

X I personally served the summons on the individual at *(place)*   Industriestrasse 38 4700 Eupen Belgique

_____   on *(date)* _____ ; or

X I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , ; _____

X I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*   IConV SPRL

_____   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I served  the  summons  using  portal  service.

My fees are $ 70   for travel and $ 30   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 09/05/2022 _____

_____
Server's signature

Aqeel Haider
Printed name and title

Schapenstraat 37 Leuven, Belgium
Server's address

Additional information regarding attempted service, etc:

Print      Save As...      Reset

bpost

Te kleven op uw pakket
A coller sur votre paquet
Auf das Paket zu kleben

Geldig tot | Valable jusqu'au | Gültig bis
02/12/2022

Afzender | Expéditeur | Absender
Sial Mohammad
SCHAPENSTRAAT 37
3000 LEUVEN
BELGIË | BELGIQUE | BELGIEN

Nationaal Pakket | Paquet National | Nationales Paket

P

323225026757201016

Geldig tot
Valable jusqu'au
Gültig bis

2 kg

Geadresseerde
Destinataire
Empfanger

Ivan Russo

IconV SPRL
INDUSTRIESTRASSE 38
4700 EUPEN

BELGIË | BELGIQUE | BELGIEN

Extra gewicht
Poids extra
Zusatzgewicht

bpost

Te kleven op uw pakket
A coller sur votre paquet
Auf das Paket zu kleben

Geldig tot | Valable jusqu'au | Gültig bis
02/12/2022

Afzender | Expéditeur | Absender
Sial Mohammad
SCHAPENSTRAAT 37
3000 LEUVEN
BELGIË | BELGIQUE | BELGIEN

Nationaal Pakket | Paquet National | Nationales Paket

P

323225026757211016

Geldig tot
Valable jusqu'au
Gültig bis

2 kg

Geadresseerde
Destinataire
Empfanger

Christophe Vandevyver

IconV SPRL
INDUSTRIESTRASSE 38
4700 EUPEN

BELGIË | BELGIQUE | BELGIEN

Extra gewicht
Poids extra
Zusatzgewicht

bpost

Te kleven op uw pakket
A coller sur votre paquet
Auf das Paket zu kleben

Geldig tot | Valable jusqu'au | Gültig bis
02/12/2022

Afzender | Expéditeur | Absender
Sial Mohammad
SCHAPENSTRAAT 37
3000 LEUVEN
BELGIË | BELGIQUE | BELGIEN

Nationaal Pakket | Paquet National | Nationales Paket

P

323225026757221018

Geldig tot
Valable jusqu'au
Gültig bis

2 kg

Geadresseerde
Destinataire
Empfanger

IConV SPRL

IconV SPRL
INDUSTRIESTRASSE 38
4700 EUPEN

BELGIË | BELGIQUE | BELGIEN

Extra gewicht
Poids extra
Zusatzgewicht





