

DiMedio Consulting Services, LLC

KEVIN J. DIMEDIO, ESQ.

kevin@dimediolaw.com

35 Kings Highway E. Suite 212
P.O. Box 284
Haddonfield, NJ 08033

Main: 856.428.5577
Fax:   856.428.5969

December 27, 2023

**VIA ECF & Facsimile 973-645-3020**
Hon. James B. Clark, III
c/o Clerk, United States District Court for the District of New Jersey
50 Walnut St.
Newark, NJ 07102

> RE:   **Live Universe, Inc. V. Rene Muijres, et al.**
> **Civil Action No. 2:22 – cv – 04918 – ES - JBC**

## FIRST AMENDED COMPLAINT

Dear Judge Clark:

As Your Honor may recall, the undersigned represents Plaintiff in the above referenced matter. As per my discussion on even date with Your Honor's Law Clerk, Steven, attached hereto is the clean version of the Plaintiff's First Amended Complaint. The prior redlined version was eFiled (see Docket #56) in support of Plaintiff's Cross-Motion to Amend, along with Plaintiff's Opposition to the Defendants' Motions to Dismiss. Thereafter, as per Judge Esther Salas' Text Order (see Docket #80) said Motions to Dismiss were terminated, where the Court will consider Plaintiff's request to amend. Please advise as to Plaintiff uploading the now First Amended Complaint at this time, and contact the undersigned for any reason.

Thanking your Honor in advance, I remain

Very truly yours,
**DiMEDIO LAW**

By: *Kevin J. DiMedio*
**KEVIN J. DIMEDIO, ESQ.**

KDM:scd
Encs. 2
cc        All Parties via ECF /PACER