# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LIVE UNIVERSE, INC.,**<br><br>    Plaintiff,<br><br>v.<br><br>**RENE MUIJRES, ET.AL.,**<br><br>    Defendants. | Civil Action No.: 2:22-cv-04918-ES-JBC<br><br><br>**NOTICE OF MOTION<br>TO WITHDRAW AS COUNSEL OF<br>RECORD WITHOUT SUBSTITUTION** |

  **PLEASE TAKE NOTICE THAT** Kevin J. DiMedio, Esq. of DiMedio Law, a member of the State Bar of New Jersey and admitted to practice before this Court, hereby seeks withdrawal as Counsel without substitution for the Plaintiff, Live Universe, Inc., in the above captioned action, as set forth within the Certification supporting same.

                Respectfully submitted,

                **DiMEDIO LAW**

**Date:** September 30, 2024     **By:** */s/ Kevin J. DiMedio*
                **KEVIN J. DIMEDIO, ESQ.**
                New Jersey ID No.: 009102000
                35 Kings Highway East, Ste. 212
                P.O. Box 284
                Haddonfield, New Jersey 08033
                Telephone: (856) 428-5577
                admin@dimediolaw.com

## CERTIFICATE OF SERVICE

    I, Kevin J. DiMedio, Esq, hereby certify that the foregoing Notice of Withdrawal has been emailed to the Court as well as all parties and served on the Plaintiff representative and to all counsel of record for all parties via ECF.

                                     Respectfully submitted,

                                       **DiMEDIO LAW**

**Date:** September 30, 2024              **By:** _/s/ Kevin J. DiMedio_
                                                           **KEVIN J. DIMEDIO, ESQ.**
                                                           New Jersey ID No.: 009102000
                                                           35 Kings Highway East, Ste. 212
                                                           P.O. Box 284
                                                           Haddonfield, New Jersey 08033
                                                           Telephone:  (856) 428-5577
                                                           admin@dimediolaw.com