# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:22-cv-04918-ES-JBC

LIVEUNIVERSE, INC. v. MUIJRERS et al
Assigned to: Judge Esther Salas
Referred to: Magistrate Judge James B. Clark
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 08/04/2022
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**LIFEUNIVERSE, INC.**   represented by   **HOWARD A. GUTMAN**
230 ROUTE 206
SUITE 307
FLANDERS, NJ 07836
(973) 598-1980
Email: howian@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KEVIN DIMEDIO**
DIMEDIO LAW
35 KINGS HIGHWAY EAST
STE 212
HADDONFIELD, NJ 08033
856-428-5577
Fax: 856-428-5969
Email: admin@dimediolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LESLIE ANN FARBER**
LESLIE A. FARBER, LLC
105 GROVE ST.
SUITE 1
MONTCLAIR, NJ 07042-4053
973-746-6655
Fax: 973-860-1174
Email: lfarber@lfarberlaw.com
*TERMINATED: 10/07/2022*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RENE MUIJRERS**   represented by   **MICHAEL TOWNSEND**
Belgium
Norris McLaughlin, P.A.
400 Crossing Blvd
Ste 8th Floor

        Bridgewater, NJ 08807
908-252-4242
Fax: 908-722-0755
Email: mtownsend@norris-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A. DUSTON**
NORRIS MCLAUGHLIN, P.A.
400 CROSSING BOULEVARD, 8TH FLOOR
P.O. BOX 5933
BRIDGEWATER, NJ 08807
908-722-0700
Email: naduston@norris-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ICONV SPRL**  represented by  **MICHAEL TOWNSEND**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NICHOLAS A. DUSTON**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TECHIE HOSTING INC.**  represented by  **CATHERINE B. DERENZE**
Lite DePalma Greenberg & Afanador, LLC
570 Broad Street
Ste 1201
Newark, NJ 07102
973-623-3000
Fax: 973-623-0858
Email: cderenze@litedepalma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**VICTOR A. AFANADOR**
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 BROAD STREET
SUITE 1201
NEWARK, NJ 07102
973-623-3000
Fax: 973-623-0858
Email: vafanador@litedepalma.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **VIRALHOG LLC** | represented by | **JAMES S. REHBERGER**<br>LEWIS BRISBOIS<br>ONE RIVERFRONT PLAZA, SUITE 800<br>NEWARK, NJ 07102<br>973-577-6247<br>Fax: 973-577-6261<br>Email: james.rehberger@lewisbrisbois.com<br>*TERMINATED: 10/04/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MATTHEW H. SONTZ**<br>Law Office of Matthew H. Sontz, LLC<br>53 Cardinal Drive<br>3rd Fl.<br>Westfield, NJ 07090<br>9083891330<br>Fax: 9085431300<br>Email: mhs@sontzlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**CHRISTOPHER VANDEVYVER**

**Defendant**

**IVAN RUSSO**

**Defendant**

**THEODORA HATZIKOSTAS**

**Defendant**

| | | |
|---|---|---|
| **BRENT MAGGIO** | represented by | **JAMES S. REHBERGER**<br>(See above for address)<br>*TERMINATED: 10/04/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MATTHEW H. SONTZ**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **KMMT LLC** | represented by | **JAMES S. REHBERGER**<br>(See above for address)<br>*TERMINATED: 10/04/2023*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MATTHEW H. SONTZ**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

RYAN BARTHOLOMEW     represented by     **JAMES S. REHBERGER**
(See above for address)
*TERMINATED: 10/04/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MATTHEW H. SONTZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

WAYNE ANASTASIAS     represented by     **CATHERINE B. DERENZE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**VICTOR A. AFANADOR**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2022 | 1 | COMPLAINT against All Defendants ( Filing and Admin fee $ 402 receipt number ANJDC-13609898) with JURY DEMAND, filed byLIFEUNIVERSE, INC. (Attachments: # 1 Exhibit 1-11, # 2 Exhibit 12-32, # 3 Exhibit 33-48, # 4 Statement Corporate Disclosure FRCP 7.1)(FARBER, LESLIE) Modified on 8/8/2022 (dam). (Entered: 08/04/2022) |
| 08/04/2022 | | Case Assigned to Judge Esther Salas and Magistrate Judge James B. Clark. (ak, ) (Entered: 08/08/2022) |
| 08/04/2022 | 2 | Corporate Disclosure Statement by LIFEUNIVERSE, INC. (dam) (Entered: 08/08/2022) |
| 08/08/2022 | 3 | SUMMONS ISSUED as to WAYNE ANASTASIAS, RYAN BARTHOLOMEW, THEODORA HATZIKOSTAS, ICONV SPRL, KMMT LLC, BRENT MAGGIO, RENE MUIJRERS, IVAN RUSSO, TECHIE HOSTING INC., CHRISTOPHER VANDEVYVER, VIRALHOG LLC. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (dam) (Entered: 08/08/2022) |
| 08/22/2022 | 4 | Application and Proposed Order for Clerk's Order to extend time to answer as to Techie Hosting, Inc., and Wayne Anastasia. Attorney VICTOR A. AFANADOR,CATHERINE B. DERENZE for WAYNE ANASTASIAS,VICTOR A. AFANADOR,CATHERINE B. DERENZE for TECHIE HOSTING INC. added. (AFANADOR, VICTOR) (Entered: 08/22/2022) |
| 08/23/2022 | 5 | Proposed Order *RICO Case Order* by LIFEUNIVERSE, INC.. (FARBER, LESLIE) (Entered: 08/23/2022) |
| 08/26/2022 | | Clerk`s Text Order - The document 4 submitted by WAYNE ANASTASIAS, TECHIE HOSTING INC. has been GRANTED. The answer due date has been set for 9/19/2022. |

| | | |
|---|---|---|
| | | (sm) (Entered: 08/26/2022) |
| 08/30/2022 | 6 | Application and Proposed Order for Clerk's Order to extend time to answer as to Viralhog, LLC, KMMT, LLC, Brent Maggio and Ryan Bartholomew. Attorney JAMES S. REHBERGER for RYAN BARTHOLOMEW,JAMES S. REHBERGER for KMMT LLC,JAMES S. REHBERGER for BRENT MAGGIO,JAMES S. REHBERGER for VIRALHOG LLC added. (REHBERGER, JAMES) (Entered: 08/30/2022) |
| 08/31/2022 | | Clerk`s Text Order - The document 6 submitted by VIRALHOG LLC has been GRANTED. The answer due date has been set for 9/14/2022. (sm) (Entered: 08/31/2022) |
| 09/14/2022 | 7 | MOTION to Dismiss for Lack of Jurisdiction and in the alternative for failure to state a claim, entire controversy, improper venue, improper derivative suit by RYAN BARTHOLOMEW, KMMT LLC, BRENT MAGGIO, VIRALHOG LLC. Responses due by 10/3/2022 (Attachments: # 1 Declaration of James S. Rehberger, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Memorandum of Law, # 18 Text of Proposed Order, # 19 Certification of Service)(REHBERGER, JAMES) Modified on 9/15/2022 (dam). (Entered: 09/14/2022) |
| 09/15/2022 | | Set Deadlines as to 7 MOTION to Dismiss for Lack of Jurisdiction. Motion set for 10/17/2022 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (dam) (Entered: 09/15/2022) |
| 09/15/2022 | 8 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion filed by LIFEUNIVERSE, INC. re 7 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit* (FARBER, LESLIE) (Entered: 09/15/2022) |
| 09/16/2022 | | Reset Deadlines as to 7 MOTION to Dismiss for Lack of Jurisdiction. Motion reset for 11/7/2022 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (wh) (Entered: 09/16/2022) |
| 09/16/2022 | 9 | MOTION for Leave to Appear Pro Hac Vice *admission of Martin Rogers, Esq.* by RYAN BARTHOLOMEW, KMMT LLC, BRENT MAGGIO, VIRALHOG LLC. (Attachments: # 1 Certification Certification of James S. Rehberger, Esq. in support of pro hac vice admission of Martin Rogers, # 2 Affidavit Exh. A - Affidavit of Martin Rogers, Esq., # 3 Text of Proposed Order proposed Order admitting Martin Rogers pro hac vice, # 4 Certificate of Service)(REHBERGER, JAMES) (Entered: 09/16/2022) |
| 09/16/2022 | 10 | Letter from Leslie A. Farber. (FARBER, LESLIE) (Entered: 09/16/2022) |
| 09/19/2022 | 11 | LETTER ORDER: Initial Conference set for 11/15/2022 at 11:00 AM before Magistrate Judge James B. Clark. Signed by Magistrate Judge James B. Clark on 9/19/2022. (seb) (Entered: 09/19/2022) |
| 09/19/2022 | 12 | Letter from Victor A. Afanador to the Hon. Esther Salas, U.S.D.J.. (AFANADOR, VICTOR) (Entered: 09/19/2022) |
| 09/19/2022 | 13 | ORDER granting 9 Motion for Leave to Appear Pro Hac Vice as to MARTIN ROGERS,ESQ.. Signed by Magistrate Judge James B. Clark on 9/19/2022. (ld, ) (Entered: 09/19/2022) |

| | | |
|---|---|---|
| 09/20/2022 | 14 | Letter from Counsel for Muijrers and ICONV to The Honorable Esther Salas without prejudice to defenses (copy to Magistrate Judge James B. Clark re 10 Letter, 12 Letter. (KARG, STEVEN) (Entered: 09/20/2022) |
| 09/21/2022 | | Notice of Judicial Preferences. Click here for the Judge's Individual Procedure Requirements. (ek) (Entered: 09/21/2022) |
| 09/21/2022 | 15 | LETTER ORDER: Initial Conference scheduled in Civil Action No. 22-4918 for November 15, 2022 at 11:30 AM is adjourned to 1/25/2023 at 11:30 AM before Magistrate Judge James B. Clark.. Signed by Magistrate Judge James B. Clark on 9/21/2022. (ld, ) (Entered: 09/22/2022) |
| 10/03/2022 | 16 | MOTION to Withdraw as Attorney *Leslie A. Farber* by LIFEUNIVERSE, INC.. (Attachments: # 1 Declaration of Leslie A Farber, # 2 Brief, # 3 Text of Proposed Order)(FARBER, LESLIE) (Entered: 10/03/2022) |
| 10/03/2022 | 17 | AMENDED DOCUMENT by LIFEUNIVERSE, INC.. Amendment to 16 MOTION to Withdraw as Attorney *Leslie A. Farber* . (Attachments: # 1 Brief)(FARBER, LESLIE) (Entered: 10/03/2022) |
| 10/03/2022 | 18 | Letter from counsel for Viralhog, LLC,KMMT, LLC, Brent Maggio and Ryan Bartholomew. (REHBERGER, JAMES) (Entered: 10/03/2022) |
| 10/04/2022 | | Set Deadlines as to 16 MOTION to Withdraw as Attorney *Leslie A. Farber*. Motion set for 11/7/2022 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 10/04/2022) |
| 10/05/2022 | | Pro Hac Vice fee received as to Martin Rogers $ 150, receipt number TRE128902 (jal, ) (Entered: 10/05/2022) |
| 10/05/2022 | 19 | Letter from Victor A. Afanador to the Hon. James B. Clark, U.S.M.J. (AFANADOR, VICTOR) (Entered: 10/05/2022) |
| 10/06/2022 | 20 | SUMMONS Returned Executed by LIFEUNIVERSE, INC.. VIRALHOG LLC served on 8/10/2022, answer due 9/14/2022., Request for Summons to be Issued by LIFEUNIVERSE, INC. as to VIRALHOG LLC. (FARBER, LESLIE) (Entered: 10/06/2022) |
| 10/06/2022 | 21 | Letter from Counsel for Muijrers and ICONV to The Honorable James B. Clark, III,U.S.M.J.. (KARG, STEVEN) (Entered: 10/06/2022) |
| 10/06/2022 | 22 | LETTER ORDER - The deadline for Defendants to respond to the complaint is stayed pending further order of the court. Signed by Magistrate Judge James B. Clark on 10/6/2022. (ld, ) (Entered: 10/06/2022) |
| 10/07/2022 | 23 | Substitution of Attorney - Attorney LESLIE ANN FARBER terminated. Attorney HOWARD A. GUTMAN added for Plaintiff LIFEUNIVERSE, INC. (FARBER, LESLIE) Modified on 10/11/2022 (dam). (Entered: 10/07/2022) |
| 10/13/2022 | 24 | Letter from Howard Gutman. (GUTMAN, HOWARD) (Entered: 10/13/2022) |
| 10/13/2022 | | Reset Deadlines as to 7 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit*. Motion set for 11/21/2022 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 10/13/2022) |

| | | |
|---|---|---|
| 10/17/2022 | 25 | LETTER ORDER setting deadline to answer; The stay of Defendants' time to respond to the Complaint [see Dkt. No. 22] is hereby lifted. Any defendants already served and/or appearing in this action shall respond to the Complaint within thirty (30) days from the date of this Order. Signed by Magistrate Judge James B. Clark on 10/17/2022. (ld, ) (Entered: 10/17/2022) |
| 10/24/2022 | 26 | Notice of Request by Pro Hac Vice Martin Rogers, Esq. to receive Notices of Electronic Filings. (REHBERGER, JAMES) (Entered: 10/24/2022) |
| 11/02/2022 | 27 | Letter from Howard Gutman. (GUTMAN, HOWARD) (Entered: 11/02/2022) |
| 11/02/2022 | 28 | LETTER ORDER that the pending motion by Leslie Ann Farber, Esq. of Leslie A. Farber, LLC to withdraw as counsel for Plaintiff in this matter [Dkt. No. 16] is hereby TERMINATED as moot in light of the substitution of counsel for Plaintiff filed on October 7, 2022 [Dkt. No. 23].. Signed by Magistrate Judge James B. Clark on 11/2/2022. (ld, ) (Entered: 11/02/2022) |
| 11/02/2022 | 29 | Letter from counsel for Viralhog, LLC,KMMT, LLC, Brent Maggio and Ryan Bartholomew re 27 Letter. (REHBERGER, JAMES) (Entered: 11/02/2022) |
| 11/02/2022 | 30 | Letter from Nicholas A. Duston, Esq. on behalf of ICONV Defendants re 25 Order, 29 Letter, 28 Order,. (DUSTON, NICHOLAS) (Entered: 11/02/2022) |
| 11/03/2022 | 31 | LETTER ORDER that the deadline for the defendants, served or unserved, to answer or otherwise respond to the Complaint is stayed pending disposition of the plaintiff's forthcoming motion to amend in Civil Action. No. 21-20054 (ES)(JBC) Palisades Capital, Inc. v. Muijrers, et al. The pending motion to dismiss [Dkt. No. 7] is hereby ADMINISTRATIVELY TERMINATED. The defendants may request the reinstatement of their motion to dismiss via letter to the Court upon disposition of the aforementioned motion to amend.. Signed by Magistrate Judge James B. Clark on 11/3/2022. (ld, ) (Entered: 11/03/2022) |
| 11/09/2022 | 32 | Letter from counsel for Viralhog, LLC,KMMT, LLC, Brent Maggio and Ryan Bartholomew. (REHBERGER, JAMES) (Entered: 11/09/2022) |
| 11/10/2022 | 33 | LETTER ORDER - All deadlines in this matter shall continue to be stayed pending further Order of the Court. Signed by Magistrate Judge James B. Clark on 11/10/2022. (ld, ) (Entered: 11/10/2022) |
| 01/23/2023 | 34 | LETTER ORDER: The deadline for the defendants, served or unserved, to answer or otherwise respond to the Complaint is stayed pending disposition of the defendants' forthcoming motions to dismiss in Civil Action. No. 21-20054 (ES)(JBC) Palisades Capital, Inc. v. Muijrers, et al. The initial conference scheduled in this matter for January 25, 2023 at 11:30 AM is adjourned. Signed by Magistrate Judge James B. Clark on 1/23/2023. (ld, ) (Entered: 01/23/2023) |
| 02/14/2023 | 35 | LETTER ORDER: By no later than February 21, 2023, the parties are to submit a joint letter advising the Court of the status of this matter in light of the stipulation of dismissal filed in Civil Action. No. 21-20054 (ES)(JBC) Palisades Capital, Inc. v. Muijrers, et al.. Signed by Magistrate Judge James B. Clark on 2/14/2023. (ld, ) (Entered: 02/14/2023) |
| 02/21/2023 | 36 | Letter from counsel for Viralhog, LLC,KMMT, LLC, Brent Maggio and Ryan Bartholomew. (REHBERGER, JAMES) (Entered: 02/21/2023) |
| 02/22/2023 | 37 | LETTER ORDER - Any motion by Plaintiff seeking leave to amend the Complaint shall be filed by March 24, 2023. If no motion to amend is filed, Defendants shall respond to the Complaint by April 24, 2023. All other deadlines in this matter shall remain stayed. Signed by Magistrate Judge James B. Clark on 2/22/2023. (ld, ) (Entered: 02/23/2023) |

| | | |
|---|---|---|
| 03/27/2023 | 38 | Letter from Howard Gutman re 37 Order,. (GUTMAN, HOWARD) (Entered: 03/27/2023) |
| 04/24/2023 | 39 | MOTION to Dismiss for Lack of Jurisdiction */ineffective service of process* by ICONV SPRL, RENE MUIJRERS. Responses due by 5/22/2023. (Attachments: # 1 Text of Proposed Order, # 2 Brief, # 3 Declaration Declaration of Rene Muijrers, # 4 Declaration Declaration of Nicholas A. Duston, Esq., # 5 Exhibit Exhibits 1-23 to Duston Certification) (DUSTON, NICHOLAS) (Entered: 04/24/2023) |
| 04/24/2023 | 40 | MOTION to Dismiss by WAYNE ANASTASIAS, TECHIE HOSTING INC.. (Attachments: # 1 Brief, # 2 Declaration of Victor A. Afanador with Exhibits, # 3 Declaration of Wayne Anastasia, # 4 Text of Proposed Order)(AFANADOR, VICTOR) (Entered: 04/24/2023) |
| 04/24/2023 | | Deadlines as to 40 MOTION to Dismiss , 39 MOTION to Dismiss for Lack of Jurisdiction */ineffective service of process*. Motion set for 6/5/2023 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 04/24/2023) |
| 04/24/2023 | 41 | MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit* by RYAN BARTHOLOMEW, KMMT LLC, BRENT MAGGIO, VIRALHOG LLC. Responses due by 5/22/2023. (Attachments: # 1 Brief Memorandum of Law, # 2 Declaration Declaration of Rehberger, # 3 Exhibit Ex. A, # 4 Exhibit Ex. B, # 5 Exhibit Ex. C, # 6 Exhibit Ex. D, # 7 Exhibit Ex. E, # 8 Exhibit Ex. F, # 9 Exhibit Ex. G, # 10 Exhibit Ex. H, # 11 Exhibit Ex. I, # 12 Exhibit Ex. J, # 13 Exhibit Ex. K, # 14 Exhibit Ex. L, # 15 Exhibit Ex. M, # 16 Exhibit Ex. N, # 17 Exhibit Ex. O, # 18 Exhibit Ex. P, # 19 Text of Proposed Order Proposed Order to Dismiss, # 20 Certificate of Service)(REHBERGER, JAMES) (Entered: 04/24/2023) |
| 04/25/2023 | | Set Deadlines as to 41 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit*. Motion set for 6/5/2023 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 04/25/2023) |
| 05/07/2023 | 42 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion filed by LIFEUNIVERSE, INC. re 41 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit*, 40 MOTION to Dismiss , 39 MOTION to Dismiss for Lack of Jurisdiction */ineffective service of process* (GUTMAN, HOWARD) (Entered: 05/07/2023) |
| 05/08/2023 | | Reset Deadlines as to 41 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit*, 40 MOTION to Dismiss , 39 MOTION to Dismiss for Lack of Jurisdiction */ineffective service of process*. Motion set for 6/20/2023 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 05/08/2023) |
| 05/22/2023 | 43 | Letter from Howard Gutman. (GUTMAN, HOWARD) (Entered: 05/22/2023) |
| 05/23/2023 | 44 | LETTER ORDER that Plaintiff's counsel shall file a Motion to Withdraw by May 30, 2023. Plaintiff shall file its responses to the pending Motions to Dismiss by July 6, 2023.. |

| Date | # | Description |
|---|---|---|
| | | Signed by Magistrate Judge James B. Clark on 5/23/2023. (ld) (Entered: 05/23/2023) |
| 05/30/2023 | 45 | MOTION to Withdraw as Attorney by LIFEUNIVERSE, INC.. (Attachments: # 1 Affidavit Cert of counsel, # 2 Brief Brief, # 3 Text of Proposed Order Order)(GUTMAN, HOWARD) (Entered: 05/30/2023) |
| 05/31/2023 | | Set Deadlines as to 45 MOTION to Withdraw as Attorney . Motion set for 7/3/2023 before Judge Esther Salas. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 05/31/2023) |
| 06/26/2023 | 46 | Letter. (GUTMAN, HOWARD) (Entered: 06/26/2023) |
| 06/26/2023 | 47 | Letter from Nicholas A. Duston, Esq. on behalf of ICONV Defendants re 46 Letter. (DUSTON, NICHOLAS) (Entered: 06/26/2023) |
| 06/27/2023 | 48 | Letter. (GUTMAN, HOWARD) (Entered: 06/27/2023) |
| 06/28/2023 | 49 | ORDER TO WITHDRAW; Counsel Howard Gutman shall be permitted to withdraw from representation in this matter. plaintiff shall obtain new counsel within 30 days of the date of this Order. Plaintiff shall file its responses to the pending Motions to Dismiss within thirty (30) days from the date of this Order. Signed by Magistrate Judge James B. Clark on 6/28/2023. (ld, ) (Entered: 06/29/2023) |
| 07/31/2023 | 50 | NOTICE of Appearance by KEVIN DIMEDIO on behalf of LIFEUNIVERSE, INC. (Attachments: # 1 Supplement Letter to Magistrate)(DIMEDIO, KEVIN) (Entered: 07/31/2023) |
| 07/31/2023 | 51 | Letter Request for Adjournment of all Pending Motions to Judge Clark from KEVIN DIMEDIO re 41 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit*, 40 MOTION to Dismiss , 39 MOTION to Dismiss for Lack of Jurisdiction */ineffective service of process*. (ld, ) (Entered: 08/01/2023) |
| 08/01/2023 | 52 | LETTER ORDER - Plaintiff shall file its response(s) to the pending motions to dismiss by August 14, 2023.. Signed by Magistrate Judge James B. Clark on 8/1/2023. (ld, ) (Entered: 08/01/2023) |
| 08/14/2023 | 53 | BRIEF in Opposition filed by LIFEUNIVERSE, INC. re 41 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit*, 40 MOTION to Dismiss , 39 MOTION to Dismiss for Lack of Jurisdiction */ineffective service of process Motion to Amend Complaint* (Attachments: # 1 Exhibit A)(DIMEDIO, KEVIN) (Entered: 08/14/2023) |
| 08/17/2023 | 54 | First MOTION for Extension of Time to File Response/Reply as to 53 Brief in Opposition to Motion, *on behalf of all Defendants* by ICONV SPRL, RENE MUIJRERS. (DUSTON, NICHOLAS) (Entered: 08/17/2023) |
| 08/21/2023 | 55 | LETTER ORDER that plaintiff shall file a version of the proposed amended complaint by 8/25/2023. Signed by Magistrate Judge James B. Clark on 8/21/2023. (lag, ) (Entered: 08/21/2023) |
| 08/27/2023 | 56 | AMENDED DOCUMENT by All Plaintiffs. Amendment to 53 Brief in Opposition to Motion, *Redlined Amended Complaint as per Court Order*. (DIMEDIO, KEVIN) (Entered: 08/27/2023) |
| 08/28/2023 | 57 | Letter. (DIMEDIO, KEVIN) (Entered: 08/28/2023) |

| | | |
|---|---|---|
| 08/28/2023 | 58 | NOTICE of Appearance by MICHAEL TOWNSEND on behalf of ICONV SPRL, RENE MUIJRERS (TOWNSEND, MICHAEL) (Entered: 08/28/2023) |
| 08/28/2023 | 59 | Letter from Victor A. Afanador to the Hon. James B. Clark III, USMJ re 56 Amended Document. (AFANADOR, VICTOR) (Entered: 08/28/2023) |
| 08/29/2023 | 60 | LETTER ORDER that by no later than September, 2023 Plaintiff shall: 1) File a letter explaining Plaintiff's failure to submit a red-lined version of its proposed Amended Complaint by the deadline set forth in the Court's August 21, 2023 Order [Dkt. No. 55]. 2) File an amended cross-motion for leave to file an Amended Complaint which fully complies with the applicable Local Civil Rules.. Signed by Magistrate Judge James B. Clark on 8/29/2023. (ld, ) (Entered: 08/29/2023) |
| 08/31/2023 | 61 | Letter. (DIMEDIO, KEVIN) (Entered: 08/31/2023) |
| 09/01/2023 | 62 | RESPONSE to Motion filed by All Plaintiffs re 41 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit*, 40 MOTION to Dismiss , 39 MOTION to Dismiss for Lack of Jurisdiction */ineffective service of process* (Attachments: # 1 Exhibit Amended Complaint Redlined, # 2 Exhibit Amended Complaint Clean)(DIMEDIO, KEVIN) (Entered: 09/01/2023) |
| 09/06/2023 | 63 | Letter from Victor A. Afanador to the Hon. James B. Clark III, USMJ re 61 Letter, 62 Response to Motion,. (AFANADOR, VICTOR) (Entered: 09/06/2023) |
| 09/12/2023 | 64 | LETTER ORDER that Defendants shall file their opposition/reply by October 6, 2023. Signed by Magistrate Judge James B. Clark on 9/12/2023. (ld, ) (Entered: 09/13/2023) |
| 10/04/2023 | 65 | Substitution of Attorney - Attorney JAMES S. REHBERGER terminated. Attorney MATTHEW H. SONTZ for RYAN BARTHOLOMEW,MATTHEW H. SONTZ for KMMT LLC,MATTHEW H. SONTZ for BRENT MAGGIO,MATTHEW H. SONTZ for VIRALHOG LLC added.. (SONTZ, MATTHEW) (Entered: 10/04/2023) |
| 10/06/2023 | 66 | REPLY BRIEF to Opposition to Motion filed by ICONV SPRL, RENE MUIJRERS re 39 MOTION to Dismiss for Lack of Jurisdiction */ineffective service of process* (Attachments: # 1 Declaration)(DUSTON, NICHOLAS) (Entered: 10/06/2023) |
| 10/06/2023 | 67 | REPLY BRIEF to Opposition to Motion filed by RYAN BARTHOLOMEW, KMMT LLC, BRENT MAGGIO, VIRALHOG LLC re 41 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit* (SONTZ, MATTHEW) (Entered: 10/06/2023) |
| 10/06/2023 | 68 | REPLY BRIEF to Opposition to Motion filed by WAYNE ANASTASIAS, TECHIE HOSTING INC. re 40 MOTION to Dismiss (AFANADOR, VICTOR) (Entered: 10/06/2023) |
| 10/21/2023 | 69 | ***STRICKEN***REPLY BRIEF to Opposition to Motion filed by LIFEUNIVERSE, INC. re 41 MOTION to Dismiss for Lack of Jurisdiction *and in the alternative for failure to state a claim, entire controversy, improper venue, improper dreivative suit*, 40 MOTION to Dismiss , 39 MOTION to Dismiss for Lack of Jurisdiction */ineffective service of process* (DIMEDIO, KEVIN). (Entered: 10/21/2023) |
| 10/23/2023 | 70 | LETTER ORDER that Plaintiff's improper reply brief [Dkt. No. 69] is hereby stricken. Signed by Magistrate Judge James B. Clark on 10/23/2023. (ld, ) (Entered: 10/23/2023) |
| 10/24/2023 | 71 | Letter from Plaintiff. (DIMEDIO, KEVIN) (Entered: 10/24/2023) |
| 10/26/2023 | 72 | Letter from Nicholas A. Duston, Esq. re 71 Letter. (DUSTON, NICHOLAS) (Entered: 10/26/2023) |

| | | |
|---|---|---|
| 11/07/2023 | 73 | SUMMONS Returned Executed by LIFEUNIVERSE, INC.. ICONV SPRL served on 8/30/2022, answer due 9/20/2022. (CONSTANTS, ALFRED) (Entered: 11/07/2023) |
| 11/07/2023 | 74 | SUMMONS Returned Executed by LIFEUNIVERSE, INC.. IVAN RUSSO served on 8/30/2022, answer due 9/20/2022. (CONSTANTS, ALFRED) (Entered: 11/07/2023) |
| 11/07/2023 | 75 | SUMMONS Returned Executed by LIFEUNIVERSE, INC.. BRENT MAGGIO served on 8/26/2022, answer due 9/16/2022. (CONSTANTS, ALFRED) (Entered: 11/07/2023) |
| 11/07/2023 | 76 | SUMMONS Returned Executed by LIFEUNIVERSE, INC.. CHRISTOPHER VANDEVYVER served on 8/30/2022, answer due 9/20/2022. (CONSTANTS, ALFRED) (Entered: 11/07/2023) |
| 11/07/2023 | 77 | SUMMONS Returned Executed by LIFEUNIVERSE, INC.. RYAN BARTHOLOMEW served on 8/26/2022, answer due 9/16/2022. (CONSTANTS, ALFRED) (Entered: 11/07/2023) |
| 11/07/2023 | 78 | SUMMONS Returned Executed by LIFEUNIVERSE, INC.. KMMT LLC served on 8/26/2022, answer due 9/16/2022. (CONSTANTS, ALFRED) (Entered: 11/07/2023) |
| 11/07/2023 | 79 | SUMMONS Returned Executed by LIFEUNIVERSE, INC.. RENE MUIJRERS served on 8/26/2022, answer due 9/16/2022. (CONSTANTS, ALFRED) (Entered: 11/07/2023) |
| 11/16/2023 | 80 | TEXT ORDER : Before the Court are three motions to dismiss filed by Defendants ICONV SPRL and Rene Muijrers (D.E. No. 39 ), Wayne Anastasias and Techie Holdings, Inc. (D.E. No. 40 ), and Ryan Bartholomew, KMMT LLC, Brent Maggio, and Viralhog LLC (D.E. No. 41 ). In opposition, Plaintiff seeks leave to amend its complaint and join in additional defendants. (D.E. No. 53 ). The Court will consider Plaintiff's request to amend before considering whether dismissal is warranted. Accordingly, the motions to dismiss (D.E. Nos. 39 , 40 , & 41 ) are TERMINATED for administrative purposes only. The Court will consider them in due course. So Ordered by Judge Esther Salas on 11/16/2023. (ek) (Entered: 11/16/2023) |
| 12/27/2023 | 81 | Letter. (Attachments: # 1 Exhibit, # 2 Exhibit)(DIMEDIO, KEVIN) (Entered: 12/27/2023) |
| 09/25/2024 | 82 | TEXT ORDER : In the interests of final resolution of the instant matter, the proposed amended complaint at Docket Entry Number 81 -1 is accepted. Plaintiff shall file the Amended Complaint on the docket by October 2, 2024, and serve the Amended Complaint in accordance with the applicable federal and local rules. Thereafter, in accordance with the applicable federal and local rules, Defendants shall respond to Plaintiff's Amended Complaint. So Ordered by Judge Esther Salas on 9/25/2024. (ek) (Entered: 09/25/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/26/2024 10:39:48 | | | |
| **PACER Login:** | kdimedio | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:22-cv-04918-ES-JBC Start date: 1/1/1980 End date: 9/26/2024 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |