# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
#### (973) 776-7700

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

September 26, 2024

## LETTER ORDER

   Re:   **LifeUniverse, Inc. v. Muijrers, et al.**
             **Civil Action No. 22-4918 (ES)**

Dear Counsel:

The Court will conduct a telephone conference with the parties in this matter on **October 10, 2024 at 10:00 AM**. Counsel for Plaintiff shall initiate the call.

   **IT IS SO ORDERED.**

                                                              s/ James B. Clark, III
                                                        **JAMES B. CLARK, III**
                                                        **United States Magistrate Judge**