

DiMedio Consulting Services, LLC

KEVIN J. DIMEDIO, ESQ.

kevin@dimediolaw.com

35 Kings Highway E. Suite 212
P.O. Box 284
Haddonfield, NJ 08033

Main: 856.428.5577
Fax:   856.428.5969

October 8, 2024

**VIA ECF**
Hon. James B. Clark, III
United States Magistrate Judge
District Court for the District of New Jersey
50 Walnut St.
Newark, NJ 07102

    **RE:**    Live Universe, Inc. v. Rene Muijres, et al.
              Civil Action No. 2:22-04918 – ES – JBC

## TELEPHONE CONFERENCE CALL

### October 10, 2024 @ 10AM

**Dial-in Number: 856-399-8033; Conference ID No.: 35212**

Dear Judge Clark:

      As Your Honor may recall, the undersigned represents Plaintiff in the above referenced matter. As per your Letter Order dated September 26, 2024 setting forth a conference call in this matter, please see above the Telephone Conference Call No. for all parties to use for said conference call. Please contact the undersigned for any reason, and thanking your Honor in advance, I remain

                                        Very truly yours,
                                        **DiMEDIO LAW**

                                        By: *Kevin J. DiMedio*
                                        **KEVIN J. DIMEDIO, ESQ.**

KDM:scd
Encs. 0
cc       All Parties via ECF /PACER