

DiMedio Consulting Services, LLC

KEVIN J. DIMEDIO, ESQ.

kevin@dimediolaw.com

35 Kings Highway E. Suite 212
P.O. Box 284
Haddonfield, NJ 08033

Main: 856.428.5577
Fax:   856.428.5969

October 29, 2024

**VIA ECF**
Hon. James B. Clark, III
United States Magistrate Judge
District Court for the District of New Jersey
50 Walnut St.
Newark, NJ 07102

      **RE:**    **Live Universe, Inc. v. Rene Muijres, et al.**
              **Civil Action No. 2:22-04918 – ES – JBC**

**SERVICE OF LETTER ORDER GRANTING WITHDRAWAL OF COUNSEL**

Dear Judge Clark:

      As Your Honor may recall, the undersigned no longer represents Plaintiff in the above referenced matter as per Your Honor's Letter Order granting same dated October 22, 2024. Said Letter Order was then directly emailed and received by both the Plaintiff, via its authorized representative, and also its other counsel, Alfred Constants (who also previously efiled Summons via ECF - see Docket Nos. 73-79) and acknowledged by both as well. Thanking your Honor in advance, I remain

                          Very truly yours,

                          **DiMEDIO LAW**

                          By:  *Kevin J. DiMedio*
                              **KEVIN J. DIMEDIO, ESQ.**

KDM:scd
Encs. 0
cc      All Parties via ECF /PACER