**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

October 29, 2024

**LETTER ORDER**

Re:   **LifeUniverse, Inc. v. Muijrers, et al.**
          **Civil Action No. 22-4918 (ES)**

Dear Counsel:

The Court is in receipt of a letter from Plaintiff's former counsel stating that the Court's October 22, 2024 Order [Dkt. No. 93] was "directly emailed and received by both the Plaintiff, via its authorized representative, and also its other counsel, Alfred Constants . . . and acknowledged by both as well." *See* Dkt. No. 94. The Court's October 22, 2024 Order required Plaintiff's former counsel to file proof of email and certified mail service on Plaintiff, including "the email and physical address utilized to serve Plaintiff . . . ." Dkt. No. 93. Plaintiff's former counsel shall file a letter containing the required information by **November 1, 2024**.

   IT IS SO ORDERED.

                                                                         s/ James B. Clark, III
                                                                **JAMES B. CLARK, III**
                                                                **United States Magistrate Judge**