UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIVEUNIVERSE, INC., | : |
| Plaintiff, | : Civil Action No. 22-4918 (ES) |
| v. | : |
| RENE MUIJRERS, et al., | : ORDER TO SHOW CAUSE |
| Defendants. | : |

This matter having been opened by the Court *sua sponte* based upon the failure of Plaintiff LiveUniverse, Inc. ("Plaintiff") to participate in this matter; and it therefore appearing to the Court that Plaintiff has essentially abandoned its case; and for good cause shown;

**IT IS** on this **13th day of November, 2024**,

**ORDERED** that Plaintiff and its counsel shall appear **IN PERSON** before the Honorable James B. Clark, III, U.S.M.J., Courtroom 2A, 50 Walnut Street, Newark, New Jersey 07102, on **December 17, 2024 at 10:30 AM**, to show cause why its claims should not be recommended for dismissal; and it is further

**ORDERED** that Plaintiff shall submit a written statement outlining why its claims should not be dismissed by no later than **November 27, 2024**; and it is further

**ORDERED** that Defendants' responses, if any, to Plaintiff's written submission shall be filed by no later than **December 11, 2024**; and it is further

**ORDERED** that should Plaintiff and its counsel fail to appear at the aforementioned Order to Show Cause hearing scheduled to take place on **December 17, 2024 at 10:30 AM**, the Court may recommend dismissal of Plaintiff's claims without further notice; and it is further

**ORDERED** that counsel for Defendants shall serve a copy of this Order on Plaintiff's former counsel via email (admin@dimediolaw.com), who shall forward this Order to Plaintiff, and on Plaintiff via email at cfius1@outlook.com and shall file proof of such service with the Court; and it is further

**ORDERED** that Defendants' deadline to respond to Plaintiff's Amended Complaint is hereby stayed pending further order of the Court; and it is further

**ORDERED** that Plaintiff, Plaintiff's counsel and counsel for Defendants shall appear in-person for the December 17, 2024 hearing.

                                            **s/James B. Clark, III**
                                            **HONORABLE JAMES B. CLARK, III**
                                            **UNITED STATES MAGISTRATE JUDGE**