

DiMedio Consulting Services, LLC

Kevin J. DiMedio, Esq.

kevin@dimediolaw.com

35 Kings Highway E. Suite 212
P.O. Box 284
Haddonfield, NJ 08033

Main: 856.428.5577
Fax:   856.428.5969

November 20, 2024

**VIA ECF**
Hon. James B. Clark, III
United States Magistrate Judge
District Court for the District of New Jersey
50 Walnut St., Room 2060
Newark, NJ 07102

      RE:    Live Universe, Inc. v. Rene Muijres, et al.
             Civil Action No. 2:22-04918 – ES – JBC

**PROOF OF SERVICE
OF
ORDER TO SHOW CAUSE (Docket No. 98; November 13, 2024)**

Dear Judge Clark:

      As Your Honor may recall, the undersigned no longer represents Plaintiff in the above referenced matter (see Your Honor's Letter Order granting; dated October 22, 2024, Docket No. 93). Said Letter Order was then directly emailed and received by both the Plaintiff, via its authorized representative Brad Greenspan, and also its other counsel, Alfred Constants (recall he had previously efiled Summons via ECF - see Docket Nos. 73-79) all of which was set forth within my prior EFC letter dated October 29, 2024 (Docket No. 94). Your Honor's then subsequent Order to Show Cause (date/docket no. set forth above) was emailed to me by Defendants attorneys on November 15, 2024, as I no longer receive ECF filings. I replied to said email, and all attorneys on that email, to serve as set forth within the Order to Show Cause and to include the email address within the Order to Show Cause as well. I have now also issued again said Order to Show Cause via USPS (Reg. & Cert.) to Plaintiff via its mailing address (500 Paterson Plank Road, Suite 1002, Union City, NJ 07087) as said address set forth within the Amended Complaint. Please contact the undersigned for any reason. Thanking your Honor in advance, I remain

                        Very truly yours,
                        **DiMEDIO LAW**

                By: *Kevin J. DiMedio*
                    **KEVIN J. DIMEDIO, ESQ.**

KDM:scd
cc      All Parties via ECF /PACER

Corporate & Individual Business Services | Commercial & Residential Real Estate & Land Use
Wills, Trusts & Estates Planning & Administration | Business Planning & Tax Matters*
*- Serving Public, Private and Nonprofit Entities & Individuals -*