## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIVEUNIVERSE, INC., <br><br> Plaintiff(s), <br><br> v. <br> RENE MUIJRERS, ICONV SPRL, TECHIE HOSTING, INC, VIRALHOG, LLC, CHRISTOPHER VANDEVYVER, IVAN RUSSO, KMMT, LLC, THEODORA HATZIKOSTAS, BRENT MAGGIO, RYAN BARTHOLOMEW, and WAYNE ANASTASIAS, <br><br> Defendant(s) | Civil Action No. 2:22-4918-ES-JBC <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Anders Wenstrand-Nausthaug, Esq. of Wenstrand Law, LLC., hereby enters an appearance on behalf of Plaintiff, Liveuniverse, Inc., ("Plaintiff") and requests that copies of all papers in this action be served upon the undersigned.

**WENSTRAND LAW, LLC.**

Dated: November 27, 2024          By:  /s/ **Anders Wenstrand-Nausthaug**
                                           Anders Wenstrand-Nausthaug, Esq.
                                           20 Commerce Drive, Suite 135
                                           Cranford, NJ, 07016
                                           Email: anders@wenstrandlaw.com
                                           *Attorney for Plaintiff Liveuniverse, Inc.*