

*400 Crossing Boulevard*
*8th Floor*
*P.O. Box 5933*
*Bridgewater, NJ  08807*

T: 908-722-0700
F: 908-722-0755

*Direct Dial: 908-252-4208*
*Email: naduston@norris-law.com*

December 30, 2025

**Via ECF**
Hon. James B. Clark III
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, New Jersey 07102

      Re:    LiveUniverse, Inc. v. Muijrers
             Civ. Action No.: 22-cv-4918

Dear Judge Clark:

      This firm represents Defendants Rene Muijrers ("Muijrers") and ICONV SPRL ("ICONV") (collectively the "ICONV Defendants") in the above-referenced matter.[1]  We respectfully request a brief adjournment of time to respond to Plaintiff LiveUniverse Inc.'s objections (ECF 109) to the Court's Report & Recommendation ("R&R") entered on December 8, 2025 (ECF 108).

      On December 8, 2025, the Court issued its R&R recommending dismissal with prejudice of all claims pursuant to Fed. R. Civ. P. 41(b).  The R&R followed briefing on an Order to Show Cause (ECF 98) initiated *sua sponte* by the Court "based on the failure of Plaintiff … to comply with Court orders and prosecute its case." See ECF 108 at p. 1.

      Pursuant to Fed. R. Civ. P. 72(b)(2), Plaintiff had fourteen (14) days, or until December 22, 2025, to file any objections to the R&R. Plaintiff filed its objections early in the morning on December 23 (ECF 109). The objections are voluminous and raise numerous arguments that were never before advanced by Plaintiff, including during the briefing and in-person hearing on the Order to Show Cause. See ECF 99, 102, 106. In addition, the ICONV Defendants and the other Defendants in this action require additional time to coordinate their responses to Plaintiff's various newly-raised objections.

---

[1] Counsel for the other Defendants whom this office does not represent have indicated they join this application.



BRIDGEWATER, NJ  |  NEW YORK, NY  |  ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM

**Norris McLaughlin, P.A.**

December 30, 2025
Page 2

      For these reasons, Defendants respectfully request a two-week adjournment of the deadline to respond to Plaintiff's objections, with a proposed new deadline of January 19, 2025.

      We thank the Court for its time and consideration.

      Respectfully submitted,

      **NORRIS McLAUGHLIN, P.A.**

      By: _/s/ Nicholas Duston_
      Nicholas Duston

cc:    All counsel of record (by ECF)